UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Abdus--Shahid M.S. Ali,                     )
[USP-Reg.No.03201-000 ]                     )
[  DCDC No, 136-476    ]                     )
P.O.Box 2068/USP-Big Sandy                  )       Civil Action No. 06-0235
Inez, Kentucky 41224                        )
            Plaintiff,                       )       Judge:Lamberth
                                            )               U.S. District Court Judge
    -V-                                     )
                                            )       Calendar:
U.S. Parole Commission, et al.,  )
            Defendants'                      )       Track
                                            )

---

MOTION TO HAVE SUMMONS, NOTICE AND COMPLAINT SERVED ON
THE DEFENDANTS VIA THE UNITED STATES MARSHALL SERVICES

---

Comes now Plaintiff, Abdus-Shahid M.S. Ali,proceeding pro se,

and havingbeen granted leave to proceed pursuant to 28 U.S.C. §1915(a)

(1994), he now request that Federal Rules of Civil Procdure be applied

to allow him to have the United States Marshall Service(F.R.Civ. P. 4

(c)(2)),serve the Complaint, Notice and Summons on the Defendants at

there business addresses., and return a copy to the Plaintiff that he

may notify the Court. A motion of Points  and Authorithy is attaced.

                            Respectfully Submitted,

                            /s/ *Abdus-Shahid M.S. Ali*

                            Abdus-Shahid M.S. Ali, pro se
                            [USP#03201-000] [DCDC #136-476 ]
                            P.O.Box 2068///USP-Big Sandy
                                    Inez, Kentucky 41224

CC:  Files
     Counsel for Defendants

RECEIVED

MAR 8 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Abdus--Shahid M.S. Ali, | ) | |
| [USP-Reg.No.03201-000 ] | ) | |
| [ DCDC No, 136-476 ] | ) | Civil Action No. 06-0235 |
| P.O.Box 2068/USP-Big Sandy | ) | |
| Inez, Kentucky 41224 | ) | |
| Plaintiff, | ) | Judge:Lamberth |
| | ) | U.S. District Court Judge |
| -V- | ) | |
| | ) | Calendar: |
| U.S. Parole Commission, et al., | ) | |
| Defendants' | ) | Track |
| | ) | |

PLAINTIFF"S POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION TO HAVE
SERVICE OF THE SUMMONS AND COMPLAINT MADE VIS. U.S. MARSHALL SERVICE

Comes now the pro se Plaintiff cited aboveand so state that he

beleive that he is entitled to have service made on the defendants via,

the United States Marshall Service pursuant to Fed. R. Civ. P. 4(c)(2).

"Sevice may be effected by any person who is not a party

and who is at least 18 years of age. At the request of the

Plaintiff, however, the court may direct that service be

effected by a United States marshall, deputy United States

Marshall, or other person or officer specially appointed

by the court for that purpose. Such an appointment must be

be made when the Plaintiff is authorized to proceed in forma

pauperis pursuant to 28 U.S.C. § 1915 or is authorized to

proceed as a seamen under 28 U.S.C. §1916."

Wherefore, the Plaintiff being IFP status do request that the

summons be served on the defendants by the U.S. Marshall's Service.

Respectfully Submitted,

/S/ *Abdus-Shahid M.S. Ali*

CC: Files
Defendants Counsel

Abdus-Shahid M.S. Ali, pro se.,
[Usp-No. 03201-000][DCDC No.136-476]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Abdus-Shahid M.S. Ali,
           Plaintiff

           -v-                                  Civil Action No. 06-0235

U.S. Parole Commission, et al.,
                                                Judge:  Lamberth
           Defendants'


                            O  R  D  E  R

      Having considered Plaintiff's motion to have the defendants

served by the U.S. Marshall service and taking into consideration

his IFP status it is

      ORDERED that the United States Marshall Service shall provide

service of the summons and complaint in this cause of action. and it

is further

      ORDERED, that the Clerk's Office shall provide the Marshalls

all necessary copies of the Complaint, Summon and court's order.

This _____ day of _____ _____ ,2006.


                                        /s/_____

                                        Judge, Lamberth,
                                        U.S. District Court Judge



CC: Abdus-Shahid M.S. Ali, Plaintiff.

      Office of the U.S. Attorney, for
      Defendants

## CERTIFICATE OF SERVICE

I, <u>Abdus-Shahid M.S. Ali</u> ,hereby certify that

I have served a true and correct copy of the foregoing <u>Motion</u> on the

below:

[a.] United States Diatrict Court ¢ Office Of The Clerk )
for the District of Columbia, U.S.Courthouse-Third and Con-
stitution Ave.,N.W.:Washington, D.C. 20001..One - Original
and three copies.


[b.] U.S. Attorney's Office at 555-4th Street, N.W.-Judiciary
Center; Washington, D.C.20001..is served with One-Copy.




Which is deemed filed at the time it was delivered to

prison authorites for forwarding, SEE: HOUSTON -V- LACK, 101 L.Ed.2d 245(1988)

Upon the defendant/ defendant and his attorney/ attorney of record, by place-

ing and/or the same in the United States Maile Box at the Facility provided

for legal mail/Court Mail...on this <u>5th</u> day of<u>March</u> 2006,

The above stated is affirmed by the undersigned under

and pursuant to 28 U.S.C. § 1746., Under the penalty of perjury.

/s/ *Abdus-Shahid M.S. Ali*

Abdus-Shahid M.S. Ali, pro se.,

[USP-No. 03201-000[[DCDC-136476]

P.O. Box 2068///USP-Big Sandy
Inez, Kentucky 41224

CC:Files
U.S. Attorney
For The Defendants