UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUS -SHAHID M.S. ALI** ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0235 (RCL) |
| ) | |
| **U.S. PAROLE COMMISSION, et al.** ) | |
| ) | |
|     Defendant. ) | |
| ) | |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Kathleen Konopka as counsel for defendant in the above-captioned case.

    Respectfully submitted,


    /s/
    KATHLEEN KONOPKA
    Assistant United States Attorney
    Judiciary Center Building
    Civil Division
    555 4th St., N.W.
    Washington, D.C. 20530
    (202) 616-5309

    Dated: March 22, 2006

## **CERTIFICATE OF SERVICE**

I certify that the foregoing **Praecipe** was served upon plaintiff pursuant to the Court's ECF system, addressed to:

> **ABDUS-SHAHID M.S. ALI**
> **#03201-100**
> **USP - Big Sandy**
> **P.O. Box 2068**
> **Inez, KY 41224-2028**

on this  22nd  day of March, 2006

 

/s/
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.
Washington, D.C.  20530
(202) 616-5309