**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Haywood, Examiner, Parole Commissioner
5550 Friendship Blvd.
Chevy Chase, Md. 20815

Civil Action, File Number __CA-06-0235__

__Abdus-Shahid M.S. Ali__
V.
__U.S. Parole Commission of the US__
__Dept. of Justice et__

pursuant to the Federal Rules of Civil Procedure.

art of this form below, AND RETURN COPIES 1 AND 2 to the sender within
e. Keep copy 3 for your records.

WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
er entity, you must indicate under your signature your relationship to that entity. If
horized to receive process, you must indicate under your signature your authority.

of this form to the sender within ___ days, you (or the party on whose behalf you
urred in serving a summons and complaint in any other manner permitted by law.

his form, you (or the party on whose behalf you are being served) must answer the
ere sent. If you fail to do so, judgment by default will be taken against you for the

tice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

OF RECEIPT OF SUMMONS AND COMPLAINT
ed a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

**RECEIVED**
APR 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

[Return receipt card: Signed, Received by (Printed Name), Date of Delivery 3/14/06, USPS postmark FCC ANN BETH MAR 14, Article Number 7004 1160 0004 4136 9882, Article Addressed to: Haywood, Examiner Parole Commission &c]