**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:

Edward F.Reilly, JR. Chairman
U.S. Parole COmmission
5550 Freiendship Blvd.
Chevy Chase,MD. 20815

Civil Action, File Number **06-0235 RCL**

**Abdus-Shahid M.S.Ali**

V.

**U.S. Parole Co mmission  of the U.S.Dept.**
**Justice**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ...pose. Keep copy 3 for your records.

OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ther entity, you must indicate under your signature your relationship to that entity. If uthorized to receive process, you must indicate under your signature your authority.

2 of this form to the sender within ____ days, you (or the party on whose behalf you ncurred in serving a summons and complaint in any other manner permitted by law.

this form, you (or the party on whose behalf you are being served) must answer the were sent. If you fail to do so, judgment by default will be taken against you for the

Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

OF RECEIPT OF SUMMONS AND COMPLAINT

ved a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

**RECEIVED**

APR 7 – 2006

Service of Process

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

### (Mail label / return receipt portion)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Edward F. Reilly Jr.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 1160 0004 4136 9875

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540