UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUS-SHAHID M.S. ALI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0235 (RCL) |
| U.S. PAROLE COMMISSION, et. al., | ) |
| Defendants. | ) |

I, DOUGLAS W. THIESSEN, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1. I am an attorney and assistant general counsel at the United States Parole Commission ("Commission"), with one central office at 5550 Friendship Blvd., Suite 420, Chevy Chase, MD, 20815.

2. I am familiar with the above-styled case and the Commission's administrative parole decision making in the case of Abdus-Shahid M.S. Ali (AKA James Caskey Long), Federal Register Number 03201-000.

3. I am familiar with the Commission's administrative structure, as well as the defendants named in their individual capacities in this case.

4. The Commission has one central office in Chevy Chase, MD and does not have any other official offices in any other states. Although the Commission holds hearings at the D.C. Jail and the Central Treatment Facility, the Commission does not maintain an office within the District of Columbia.

5. Plaintiff received an initial parole hearing before the Commission at FCI Big

Sandy, which is located at Inez, Kentucky. The Commission's decision making in this case occurred at the Commission's central office in Chevy Chase, Maryland.

6. Defendant Rob J. Haworth ("Haworth") resides in the State of Maryland. He does not live, reside, or maintain a place of employment within the District of Columbia.

7. Defendant Edward F. Reilly, Jr. ("Reilly") resides in the States of Maryland. He does not live, reside, or maintain a place of employment within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: Chevy, Chase, Maryland
May 11, 2006

_____
DOUGLAS W. THIESSEN