UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUS-SHAHID M.S. ALI, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 06-0235 (RCL) |
| U.S. PAROLE COMMISSION, et. al., | ) |
|       Defendants. | ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion To Dismiss, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that Plaintiff's complaint be and hereby is dismissed.

_____
UNITED STATES DISTRICT JUDGE