UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Abdus--Shahid M.S. Ali, )
[USP-Reg.No.03201-000 ] )
[  DCDC No, 136-476  ] )
P.O.Box 2068/USP-Big Sandy )
Inez, Kentucky 41224 )
        Plaintiff, )
)
    -V- )
)
U.S. Parole Commission, et al., )
    Defendants' )
)

Civil Action No. 06-0235 RCL

Judge: Lamberth
     U.S. District Court Judge

Calendar:

Track

---

# Motion To Enlarge Time, In Which To Reply to The Defendants' "Motion To Dismiss" Complaint :

Comes now, Plaintiff, Abdus-shahid M.S. Ali, being deposed pursuant to 28 U.S.C. sec. 1746, under penalty of perjury states as follows:

(1) That Plaintiff received in hand the Court's Order and instructions of May 12, 2006 on or about May 18 or 19th, 2006. The Court to his amazement started Plaintiffs' "10 days" to run (according to the Court's order) on 5/12/06, not taking into any consideration that I'm 500-600 miles away from the Court; and that mail takes 2-3 day to get here and maybe another one to two days to get in the inmates hand.

(2) Thus by the time Plaintiff had Court order in he had only about three days to reply. The He filed a motion to Amend his jurisdiction + venue statement, to the Court. He needs more time to complete his reply to the defendants' "Motion To Dismiss." However, he does not know how long to request because the Law Library have been closed because of unrest in the said population; which may cause or has cause a Lockdown (meaning all inmates are locked in their cells without any Library or Law

privileges. I am at this moment unable to even get any copies of this motion made or served on the opposing counsel for the defendants. Thus, I am unable to notify the same of my actions, unless the Clerk will do it.

(3) That my reply, to the defendants motion To Dismiss is half typed and I have only to add the points and authorities to it. However, I will have at least completed that in long hand by the time this reach the Court, But I still have no way of getting copies made. My Unit-team refuse to do anything for you, by design until the lockdown is over. Now, since they are talking about not allowing visits for the memorial day holiday. Thus, it maybe after the when this lockdown ends. However, I can print the points an authorities and send what I have. You would have only the one-original copy half typed and the othe hand printed, plus I am unable to make copies

Wherefore, the Plaintiff request that the Court Enlarge the time for reply to the Defendants' "Motion To Dismiss," until Mid June, 2006. I think unrest will be over by then and the facility may be back to nomal.

* Affirmed this 20 day
of May, 2006.
    a.s.m.s.ali

Respectfully Submitted,

/s/ Abdus-Shahid M.S. Ali, prose.,
(USP-#032100O)(DOOC#136476)
P.O. Box 2068 ///USP-Big Sandy
Inez, Ky. 41224-2068

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Abdus--Shahid M.S. Ali,    )
[USP-Reg.No.03201-000 ]    )
[   DCDC No, 136-476    ]   )
P.O.Box 2068/USP-Big Sandy )     Civil Action No. 06-0235
Inez, Kentucky 41224       )
            Plaintiff,     )     Judge:Lamberth
                           )              U.S. District Court Judge
    -V-                    )
                           )     Calendar:
U.S. Parole Commission, et al., )
            Defendants'    )     Track
                           )

# ORDER

Upon Consideration of the Plaintiffs' Motion To "Enlarge The Time" To Reply to Defendant "Motion To Dismiss" and Conditional lockdown in Progress at the U.S. Big Sandy facility, Plaintiff request Motion is granted until Mid June 16th, 2006.

It is so ORDERED this ____ day of May 2006; and it is

Further ORDERED that show the lockdown end before June 16th, 2006, that Plaintiff file his Oppositional Reply ASAP !

_____
United States District Judge

1:06-CV-00235-RCL: ALI v. U.S. Parole Commission

### CERTIFICATE OF SERVICE

I, Abdus-Shahid M.S. ALI, hereby certify that

I have served a true and correct copy of the foregoing Motion on the

below:

[a.] Cler of the Court
at: U.S. Dis. Courthouse
333 Constitution, Ave., N.W.
Washington, D.C. 20001

That one original, hand printed copy is attached.
Plaintiff Request that be made and returned to him
at USP-Big Sandy and that one Crou be served on US-Attorney.

[b.] Ms. Kathleen Konopka, D.C. Bar # 495254
asst. U.S. Attorney ✓
555-4th St., N.W. (RM. E 4412)
Wash., D.C. 20001
(202) 616-5309

P/s Because of Lockdown here at USP-Big Sandy the Plaintiff
unable to make Copies or have legal Privleges at Law Library.
**Which is deemed filed at the time it was delivered to**

prison authorites for forwarding, SEE: HOUSTON -V- LACK, 101 L.Ed.2d 245(1988)

Upon the defendant/ defendant and his attorney/ attorney of record, by plac-

ing and/or the same in the United States Maile Box at the Facility provided

for legal mail/Court Mail...on this 20th day of May 2006,

The above stated is affirmed by the undersigned under

and pursuant to 28 U.S.C. § 1746., Under the penalty of perjury.

/S/ Abdus-Shahid M.S. Ali, pro-se
(USP-Reg.#03201-000) (DCDC #136-476)
P.O. Box 2068
Inez, Kentucky 41224

CC:Files    Please Return Copies To:
Plaintiff: Abdus-Shahid M.S. Ali
Counselor for Defendants,
U.S. Attorney. Kathleen Konopka