## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Abdus--Shahid M.S. Ali,          )
[USP-Reg.No.03201-000 ]          )
[  DCDC No, 136-476    ]          )
P.O.Box 2068/USP-Big Sandy       )          Civil Action No. 06-0235
Inez, Kentucky 41224             )
           Plaintiff,            )          Judge:Lamberth
                                 )                   U.S. District Court Judge
     -V-                         )
                                 )          Calendar:
U.S. Parole Commission, et al., )
          Defendants'            )          Track
_____ )

MEMORANDUM:

# RECEIVED

TO      : Judge, Lamberth,

JUN 1 6 2006

TO      : Kathleen Konopka, Asst. U.S. Attoeney

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SUBJECT : Late Filing of Oppositional Motion to the Defendants
          Motion To Dismiss Complaint:

          Comes now the above cited Plaintiff being deposed accoeding to

28 U.S.C.§1746 under the penalty of perjury do state as follows:

          That due to the unrest in the facility and the fact that the

warden had the institution "Locked Down"( which means all inmates were

locked in there cells from about may 24th until june 6th,2001 and do-

ing this time we were unable to get any copies or have any access to

the facility law-library at all).  Thus, only was the Plaintiff able

to finish typing his opposition motion and make copies of the sme.

          The Plaintiff did file a hand written copy of a Motion to en-

large the Time in which to file Opposition to Defendants' "Motion To

Dismiss".  However, he had no way of sending a copy to the Counselor

for the Defendants. Thus, he requested the Clerk of the Court to send

a copy to the Counselor for the Defendants.

          Also, the Plaintiff filed a motion to "Amend the Plaintiff's

-2-

"Jurisdictional Statement," to be inclusive of the D.C. Code's long-arm statutes.

Thus, the delay was beyond the Plaintiff's ability to control. Thusly, the Plaintiff's half typed and hand written copy was completed on May 24, 2006. However, typing and making of copies were unable to be done until now.

Respectfully Submitted,

Affirmed this 9th of June, 2006:    /S/ *Abdus-Shahid M.S. Ali*

Abdus-Shahid M.S. Ali, pro se.,
[USP#03201-000][DCDC#136-476]
P.O. Box 2068
Inez, Kentucky 41224-2068

CC:files
    K.Konopka, AssT.U.S.Attorney,
    Counselor F/Defendants