UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUS-SHAHID M.S. ALI, ) | |
| ) | |
| ) | Civil Action No. **06-0235** |
| Plaintiffs, ) | Judge: **Lamberth** |
| ) | |
| v. ) | |
| ) | |
| U.S. PAROLE COMMISSION, et al., ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFFS' MOTION TO ADDENDUM
### ALL CLASS REPRESENTATIVES IN REDRESS

Comes now, the Plaintiffs' Class-Representatives and requests that this Honorable Court addendum all the class-representatives to C.A. No. 06-0235 etc., for the benefit of the Court and a more coherent representational unit. Such an addendum, we think will better serve the Court's interest as well as the individual class representatives.

February 12th, 2007

Respectfully submitted,

*Abdus-Shahid M.S. Ali*
Abdus-Shahid M.S. Ali #03201-000

**RECEIVED**
MAR 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUS-SHAHID M.S. ALI, )
)
) Civil Action No. **06-0235**
Plaintiffs, ) Judge: **Lamberth**
)
v. )
)
U.S. PAROLE COMMISSION, et al., )
)
Defendants. )

## ORDER

This Court having given consideration to the Plaintiffs' motion for Class-Representation Addendum, Orders that All-Class-Representatives be so addendumed to Civil Action No. 06-0235 as and with each plaintiffs C.A. No.. All Class Representatives names will appear on all future filings.

Dated this_____day of_____, 2007

/s/_____
U.S. Dist. Judge, Royce C. Lamberth

## CERTIFICATE OF SERVICE

I, *Abdus-Shahid M.S. Ali*, hereby certify that on this 12th day of *February*, 2007, I have served and mailed a true and correct copy of the foregoing, Plaintiff's Motion for Addendum Of All Class Representatives, on Quank Luong, Assistant U.S. Attorney for the District of Columbia, at 555 Fourth Street, N.W. Room E-4417, Washington, D.C. 20530, and the original is herein served on the U.S. District Court, for the District of Columbia, Office of the Clerk--U.S. Courthouse at Third and Constitutional Avenue, N.W., Washington, D.C. 20001.

The above stated is affirmed by the undersigned and pursuant to 28 U.S.C. section 1746, under penalty of perjury.

Abdus-Shahid M.S. Ali, et. al
U.S.P. Big Sandy
P.O. Box 2068
Inez, Ky. 41224