UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUS-SHAHIB M.S. ALI, | ) |
| | ) |
| | ) Civil Action No. <u>06-0235</u> |
| Plaintiffs, | ) Judge: <u>Lamberth</u> |
| | ) |
| v. | ) |
| | ) |
| U.S. PAROLE COMMISSION, et al, | ) |
| | ) |
| Defendants. | ) |

## RECONSIDERATION OF MOTION FOR APPOINTMENT OF COUNSEL FROM THE COURT'S PRO-BONO PANEL

Comes now, the Petitioners in the above cited cases and cause of redress, seeking reconsideration on his motion for Appointment of Counsel from the Court's Pro Bono Panel, pursuant to Local Court Rules L.C.R. 83.10(a) and L.C. Rule 83.11(a)(b)(1)91)(2) & (3).

The original Plaintiff, et at., similarly situated and all having been granted leave pursuant to 28 U.S.C. 1915 for a pro se litigant to proceed in forma pauperis, now requests reconsideration of the appointment of Pro Bono Counsel from the Pro-Bono Panel, because we now seek Class Action Certification for the class of D.C. Code offenders that have been before the Commission and denied parole based on Ex Post Facto laws or changed in the D.C. Code by the Commission and those that have been given set-off of five years or more, or less under the Commissions rules, policies and guidelines revised. We believe that counsel can do better work for the class and that the nature of Class Action Certification and the complexity of the action as a class now should be taken into account. This court last ruled on this subject matter on May 15, 2006. Thus, this appointment should be made taking into account the nature and complexity of the action, the

RECEIVED

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

potential merit of the parties claims, the demonstrated inability of the pro se party to retain counsel by other means, and the degree to which the interests of justice will be served by appointment of counsel. In the class we now have members whom have been up before this Commission anywhere from one to seven different times, to no avail on being granted parole. There are now people that have bad disciplinary records, but are being arbitrarily and capriciously denied parole and given set-off after set-off without any justice or justifications. The signatures of this motion are thus the class representatives.

**WHEREFORE,** the Plaintiffs' motion for reconsideration of Pro Bono Appointed Counsel is again humbly requested of this court. The above stated is affirmed by the undersigned, under the penalty of perjury and pursuant to 28 U.S.C. 1746, this 12th day of February, 2007.

Respectfully submitted,

*Abdus-Shahid M.S. Ali*
Abdus-Shahid M.S. Ali, #03201-000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUS-SHAHID M.S. ALI, | ) |
| | ) |
| | ) Civil Action No. **06-0235** |
| Plaintiffs, | ) Judge: **Lamberth** |
| | ) |
| v. | ) |
| | ) |
| U.S. PAROLE COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having given consideration to the class request to be represented by a Pro-Bono Counsel and all other information thereto, the said request is granted this_____day of _____, 2007.

/s/_____
U.S. Dist. Judge, Royce C. Lamberth

## CERTIFICATE OF SERVICE

I, __Abdus-Shahid M.S.Ali, et al,__ hereby certify that I have served a true and correct copy of the foregoing __Motion__ on the below: Consideration Of Motion For Appointment Of Counsel From The Court's Pro-Bono Panel:

[a.] One copy of motion and exhibits have been served this day on Quank Luong, Assistent U.S. Attorney for the District of Columbia, at 555 Fourth Street, N.W., Room E-4417 at the city of Washington, D.C. 20530...(202) 514-9150, As Counsel for the Defendants.

[b.] And that the original Motion is also served this day on the U.S. District Court, for the District of Columbia, Office of Clerk ---U.S. Courthouse at Third and Constitution Avenue, N.W., at Washington, D.C. 20001

Which is deemed filed at the time it was delivered to prison authorites for forwarding, SEE: __HOUSTON -V- LACK__, 101 L.Ed.2d 245(1988) Upon the defendant/ defendant and his attorney/ attorney of record, by placeing and/or the same in the United States Mable Box at the Facility provided for legal mail/Court Mail...on this _12th_ day of _Feburary_ , 2007,

The above stated is affirmed by the undersigned under and pursuant to 28 U.S.C. § 1746., Under the penalty of perjury.

/S/ /S/ Abdus-Shahid M.S. Ali
Abdus-Shahid M.S. Ali, et al.,
P.O. Box 2068////USP-Big Sandy
Inez, Kentucky 41224

CC:Files
  Asst. U.S. Attorney
  A.S.M.S.Ali
  S.L.Byrd, Jr.