# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDUS-SHAHID M.S. ALI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0235 (RCL) |
| | ) | |
| U.S. PAROLE COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #12] is GRANTED.  It is further

ORDERED that plaintiff's motions to certify class [Dkt. #20], "Addendum All Class

Representatives in Redress" [Dkt. #21], and for reconsideration of the May 16, 2006 Order

denying his prior motion for appointment of counsel [Dkt. #22] are DENIED.  It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.


Date: 3/ 29/07

ROYCE C. LAMBERTH
United States District Judge