UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Abdus--Shahid M.S. Ali,          )
[USP-Reg.No.03201-000 ]          )
[ DCDC No, 136-476    ]          )
P.O.Box 2068/USP-Big Sandy       )   Civil Action No. 06-0235
Inez, Kentucky 41224             )
          Plaintiff,             )   Judge:Lamberth
                                 )        U.S. District Court Judge
   -V-                           )
                                 )   Calendar:
U.S. Parole Commission, et al., )
          Defendants'            )   Track
                                 )

---

Notice of appeal

---

comes now, Abdus-Shahid M.S. Ali, Petitioner, and moves this said courtaccording to law depose & states as follows;

[1] Notice of appeal is officially made by the Petitioner from an order and judgment of the United States District Court for the District of Columbia to the U.S. Court of appeals for the District of Columbia. Thus, I the Petitioner hereby appeal from the final judgment by the United States District Court for the District of Columbia ...entered in this action on the __23rd day__ of March, 2007......On this 19th day of April, 2007.

April 19th, 2007;                    /s/ _Abdus-Shahid M.S. Ali_
   WITNESSED:                             Abdus-Shahid M.S. Ali, pro se
                                          USP-No.03201-00///DCDC No.136476
1] _George Allen 03145-000_               P.O.Box 2068///USP-Big Sandy
2] _Samuel C. Byrd, Jr. #02016-016_       Inez, Kentucky 41224
3] _Ronald Evans  25166-083_

**RECEIVED**

CC: files     APR 25 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

<u>CERTIFICATE OF SERVICE</u>

I, __Abdus-Shahid M.S. Ali,__ ,hereby certify that I have served a true and correct copy of the foregoing __appeal__ on the below:

[a.] The Clerk of the U.S. District Court for the District of Columbia; U.S. Courthouse- Third and Constitution Avenue, N.W. at Washington, d.c. 20001...One original and two copies.

[b.] That also one copy has been served on the attorney for for the Defendants, Mr. Luong Quank, at 555 Fourth STreet, N.W. Room E-4417 at Washington D.C. 20001

Which is deemed filed at the time it was delivered to prison authorites for forwarding, SEE: <u>HOUSTON -V- LACK</u>, 101 L.Ed.2d 245(1988) Upon the defendant/ defendant and his attorney/ attorney of record, by placeing and/or the same in the United States Maile Box at the Facility provided for legal mail/Court Mail...on this __19th__ day of __April__, 2007,

The above stated is affirmed by the undersigned under and pursuant to 28 U.S.C. § 1746., Under the penalty of perjury.

/S/ _Abdus-Shahid M.S. Ali_
Abdus-SHahid M.S. Ali, Pro Se.,
[USP-#03201-000][DCDC#136-476]
P.O.Box 2068///USP-Big Sandy
Inez, Kentucky 41224

CC:Files