# United States District Court
FOR THE DISTRICT OF COLUMBIA

CIVIL DEVISION

ABDUS-SHAHID M.S. ALI,
Plaintiff

V.

U.S. PAROLE COMMISSION, ET AL.,
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06-0235-RC

JUDGE: R.C. Lamberth

I, Abdus-Shahid M.S. Ali, Plaintiff, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  USP-Big Sandy,/P.O.Box 2068/Inez, Kentucky(41224

   Are you employed at the institution? yes   Do you receive any payment from the institution? yes
   Once a month:
   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.  Yes:

2. Are you currently employed?    [X] Yes    [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ....0.89¢ an hour. Prison wages.

   Federal Bureau Of Prisons UNICOR

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   My last job on the streets was 21 years ago. I made about five dollars an hour; Etc.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes  [X] No
   b. Rent payments, interest or dividends              [ ] Yes  [X] No
   c. Pensions, annuities or life insurance payments    [ ] Yes  [X] No
   d. Disability or workers compensation payments       [ ] Yes  [X] No
   e. Gifts or inheritances                             [ ] Yes  [X] No
   f. Any other sources                                 [ ] Yes  [X] No

**RECEIVED**
APR 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes" describe each source of money and state the amount received and

-----------------------N/A-----------------------

4. Do you have any cash or checking or savings account?

   If "Yes" state the total amount ____N/A____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE!

I declare under penalty of perjury that the above information is true and correct.

___1/03/06___    ___Abdus Shahid M.S. Ali___
DATE    SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __192.10__ on account to his/her credit at (name of institution) __USP Big Sandy__ I further certify that the applicant has the following securities to his/her credit ___0___ I further certify that during the past six months the applicant's average balance was $ __58.06__

___1/9/06___    ___[signature]___
DATE    SIGNATURE OF AUTHORIZED OFFICER

# Inmate Account Inquiry

**Inmate Register Number:** 03201-000

**Inmate Name:** ALI, ABDUS-SHAHID

**Facility:** Big Sandy USP

**Housing Unit:** B UNIT

**Living Quarters:** B03-104L

Commissary History | Commissary Restrictions | Comments
Transaction History | General Information

## Account Balances

| | |
|---|---:|
| Account Balance: | $198.44 |
| Pre-Release Acct. Balance: | $0.00 |
| Debt Encumbrance: | $6.34 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $192.10 |

| | |
|---|---:|
| National 6 Months Deposits: | $981.28 |
| National 6 Months Withdrawals: | $782.92 |
| National 6 Months Avg Daily Balance: | $58.06 |
| Local Max. Balance - Prev. 30 Days: | $208.44 |
| Average Balance - Prev. 30 Days: | $97.49 |

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|



Close

Date: 01/09/2006
Time: 1:48:20 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: BSY

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 03201000 | Living Quarters: | B03-104L |
| Inmate Name: | ALI, ABDUS-SHAHID | Arrived From: | SPG |
| Current Site Name: | Big Sandy USP | Transferred To: | |
| Housing Unit: | B UNIT | Account Creation Date: | 12/3/2003 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BSY | 12/09/2005 08:41:59 AM | 5BSYD388-345 | | | Debt Encumbrance | | ($35.77) | |
| BSY | 12/12/2005 02:52:16 PM | 41 | | | Sales | ($95.05) | | $98.93 |
| BSY | 12/22/2005 05:23:57 PM | ITS1222 | | | ITS Withdrawal | ($10.00) | | $88.93 |
| BSY | 01/01/2006 02:07:53 AM | 5BSYD388-345 | | | Debt Encumbrance - Released | | $35.77 | |
| BSY | 01/01/2006 02:07:53 AM | 5BSYD388 | 887 | | PLRA Payment | ($35.77) | | $53.16 |
| BSY | 01/03/2006 02:01:24 PM | 94 | | | Sales | ($35.50) | | $17.66 |
| BSY | 01/06/2006 07:52:18 AM | FIS2038 | | | Payroll - UNICOR | $190.78 | | $208.44 |
| BSY | 01/06/2006 07:52:18 AM | 5BSYD388-450 | | | Debt Encumbrance | | ($6.34) | |
| BSY | 01/06/2006 02:41:11 PM | ITS0106 54 | | | ITS Withdrawal | ($10.00) | | $198.44 |
| | **Total Transactions:** | | | | **Totals:** | **$190.01** | **$1.66** | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BSY | $192.10 | $0.00 | $6.34 | $0.00 | $0.00 | $0.00 | $0.00 | $198.44 |
| | **$192.10** | **$0.00** | **$6.34** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$198.44** |

Date: 01/09/2006
Time: 1:48:20 pm

# Federal Bureau of Prisons
# TRUFACS
# Inmate Statement
Sensitive But Unclassified

Facility: BSY

Inmate Reg #: 03201000
Inmate Name: ALI, ABDUS-SHAHID
Current Site Name: Big Sandy USP
Housing Unit: B UNIT

## General Information
Living Quarters: B03-104L
Arrived From: SPG
Transferred To:
Account Creation Date: 12/3/2003

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BSY | 10/07/2005 11:18:56 AM | FIS2004 | | | Payroll - UNICOR | $86.94 | | $87.14 |
| BSY | 10/07/2005 11:18:56 AM | 5BSYD388 - 52 | | | Debt Encumbrance | | ($17.38) | |
| BSY | 10/08/2005 05:25:40 AM | 70142901 | | | Lockbox - CD | $25.00 | | $112.14 |
| BSY | 10/08/2005 05:25:40 AM | 5BSYD388 - 53 | | | Debt Encumbrance | | ($5.00) | |
| BSY | 10/11/2005 11:42:06 AM | 23 | | | Sales | ($55.25) | | $56.89 |
| BSY | 10/14/2005 11:23:14 AM | 2 | | | Sales | ($22.15) | | $34.74 |
| BSY | 10/17/2005 10:45:03 AM | 48 | | | Sales | ($12.25) | | $22.49 |
| BSY | 11/01/2005 02:07:57 AM | 5BSYD388 - 52 | | | Debt Encumbrance - Released | | $17.38 | |
| BSY | 11/01/2005 02:07:57 AM | 5BSYD388 - 53 | | | Debt Encumbrance - Released | | $5.00 | |
| BSY | 11/01/2005 02:07:57 AM | 5BSYD388 | | 238 | PLRA Payment | ($12.49) | | $10.00 |
| BSY | 11/03/2005 04:46:36 PM | ITS1103 | | | ITS Withdrawal | ($10.00) | | $0.00 |
| BSY | 11/04/2005 10:18:59 AM | FIS2008 | | | Payroll - UNICOR | $233.18 | | $233.18 |
| BSY | 11/04/2005 10:18:59 AM | 5BSYD388 - 167 | | | Debt Encumbrance | | ($46.63) | |
| BSY | 11/07/2005 11:11:46 AM | 68 | | | Sales | ($89.00) | | $144.18 |
| BSY | 11/08/2005 05:25:11 AM | 70144901 | | | Lockbox - CD | $25.00 | | $169.18 |
| BSY | 11/08/2005 05:25:11 AM | 5BSYD388 - 184 | | | Debt Encumbrance | | ($5.00) | |
| BSY | 11/21/2005 02:20:54 PM | 96 | | | Sales | ($72.45) | | $96.73 |
| BSY | 11/28/2005 08:22:39 PM | ITS1128 | | | ITS Withdrawal | ($10.00) | | $86.73 |
| BSY | 12/01/2005 02:07:48 AM | 5BSYD388 - 167 | | | Debt Encumbrance - Released | | $46.63 | |
| BSY | 12/01/2005 02:07:48 AM | 5BSYD388 - 184 | | | Debt Encumbrance - Released | | $5.00 | |
| BSY | 12/01/2005 02:07:48 AM | 5BSYD388 | | 528 | PLRA Payment | ($51.63) | | $35.10 |
| BSY | 12/01/2005 07:17:09 PM | ITS1201 | | | ITS Withdrawal | ($10.00) | | $25.10 |
| BSY | 12/06/2005 08:48:08 PM | ITS1206 | | | ITS Withdrawal | ($10.00) | | $15.10 |
| BSY | 12/09/2005 08:41:59 AM | FIS2025 | | | Payroll - UNICOR | $178.88 | | $193.98 |

Date: 01/09/2006
Time: 1:48:20 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: BSY

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 03201000 | Living Quarters: | B03-104L |
| Inmate Name: | ALI, ABDUS-SHAHID | Arrived From: | SPG |
| Current Site Name: | Big Sandy USP | Transferred To: | |
| Housing Unit: | B UNIT | Account Creation Date: | 12/3/2003 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BSY | 08/01/2005 02:07:32 AM | 5BSYD388-839 | | | Debt Encumbrance - Released | | $8.00 | |
| BSY | 08/06/2005 09:29:03 PM | ITS0806 | | | ITS Withdrawal | ($8.00) | | $0.43 |
| BSY | 08/08/2005 05:13:58 AM | 70138503 | | | Lockbox - CD | $40.00 | | $40.43 |
| BSY | 08/08/2005 05:13:58 AM | 5BSYD388-966 | | | Debt Encumbrance | | ($8.00) | |
| BSY | 08/08/2005 08:45:04 AM | 5IS2130 | | | Payroll - UNICOR | $39.50 | | $79.93 |
| BSY | 08/08/2005 08:45:04 AM | 5BSYD388-967 | | | Debt Encumbrance | | ($7.90) | |
| BSY | 08/09/2005 12:53:46 PM | 40 | | | Sales | ($56.90) | | $23.03 |
| BSY | 08/14/2005 08:25:15 AM | ITS0814 | | | ITS Withdrawal | ($7.00) | | $16.03 |
| BSY | 09/01/2005 02:07:55 AM | 5BSYD388-966 | | | Debt Encumbrance - Released | | $8.00 | |
| BSY | 09/01/2005 02:07:55 AM | 5BSYD388-967 | | | Debt Encumbrance - Released | | $7.90 | |
| BSY | 09/01/2005 02:07:55 AM | 5BSYD388 | | 2008 | PLRA Payment | ($6.03) | | $10.00 |
| BSY | 09/04/2005 01:39:35 PM | ITS0904 | | | ITS Withdrawal | ($10.00) | | $0.00 |
| BSY | 09/09/2005 09:32:20 AM | 5IS2131 | | | Payroll - UNICOR | $97.00 | | $97.00 |
| BSY | 09/09/2005 09:32:20 AM | 5BSYD388-1042 | | | Debt Encumbrance | | ($19.40) | |
| BSY | 09/19/2005 11:17:37 AM | 55 | | | Sales | ($77.40) | | $19.60 |
| BSY | 09/23/2005 05:21:17 AM | 70141801 | | | Lockbox - CD | $25.00 | | $44.60 |
| BSY | 09/23/2005 05:21:17 AM | 5BSYD388-1054 | | | Debt Encumbrance | | ($5.00) | |
| BSY | 10/01/2005 02:07:40 AM | 5BSYD388-1042 | | | Debt Encumbrance - Released | | $19.40 | |
| BSY | 10/01/2005 02:07:40 AM | 5BSYD388-1054 | | | Debt Encumbrance - Released | | $5.00 | |
| BSY | 10/01/2005 02:07:40 AM | 5BSYD388 | | 1 | PLRA Payment | ($24.40) | | $20.20 |
| BSY | 10/01/2005 11:09:26 AM | ITS1001 | | | ITS Withdrawal | ($20.00) | | $0.20 |

Date: 01/09/2006
Time: 1:48:19 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Start Date: 08/01/2005
End Date: 01/09/2006
Inmate Reg #: 03201000
Account Status: All
Institution: All

Facility: BSY